**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6128**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

SHERMAN LEWIS,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. W. Earl Britt, Senior District Judge. (CR-87-53-BR)

———————

Submitted: February 26, 2003          Decided: March 10, 2003

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sherman Lewis, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Barbara Dickerson Kocher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherman Lewis was convicted in 1988 of conspiracy, bank robbery, and firearms charges. He appeals the district court's order denying his motion for reduction of sentence under Rule 35, Fed. R. Crim. Pro. We have reviewed the record and find no reversible error. Accordingly, we affirm the order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>